ILONA SAMUEL et al., Appellants, v. DAVID KLEIN et al., Respondents.—

Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Nolan, JJ., concur.

LENA VEIGA et al., Respondents, v. FLORENCE FRIEDLANDER et al., Appellants

No opinion. Ughetta, Acting P. J., Christ, Rabin and Benjamin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH KEELEY, Appellant

Christ, Acting P. J., Brennan, Hopkins, Benjamin and Munder, JJ., concur.